```
                      UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                              AT TACOMA
```

| | |
|---|---|
| LISA N. HOLLOWAY,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>           Defendant. | CASE NO. 13-cv-05418 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge J. Richard Creatura. Dkt. 23. The Court has considered the Report and Recommendation, Objections to the Report and Recommendation, and the remaining record.

The Report and Recommendation recommends affirming the Commissioner's decision to deny Plaintiff's claim for supplemental security income benefits under the Social Security Act. Dkt. 23. Plaintiff has filed objections to the Report and Recommendation advancing essentially the same arguments that he made in his opening and reply briefs (Dkts. 18 and 22). Dkt. 24.

The Court has reviewed the record *de novo* and concludes that the Magistrate Judge carefully and accurately reviewed the record and thoroughly addressed Plaintiff's claims. The Court concurs with the analysis and conclusions of the Magistrate Judge.

1

2  The Court, having reviewed the Report and Recommendation of Judge J. Richard

3 Creatura, United States Magistrate Judge and Objections thereto, does hereby find and **ORDER:**

4  (1) The Court adopts the Report and Recommendation and this matter is

5    **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

6  (2) The Clerk is directed to enter **JUDGMENT** for Defendant and the case should be

7    closed.

8  (3) The Clerk is directed to send copies of this Order to counsel of record.

9  Dated this 18th day of July, 2014.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AFFIRMING
DEFENDANT'S DECISION TO DENY BENEFITS
- 2